# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| LESLIE V. HODGE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00001-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| TOYOTA MOTOR CREDIT CORPORATION, KEFFER MAZDA, and MAZDA FINANCIAL SERVICES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2023 Memorandum of Decision and Order.

September 6, 2023

Katherine Hord Simon, Clerk
United States District Court